No. 05–5357. BACA-RODRIGUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5358. AGUILERA-OLIVAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5359. BROWN *v.* PICARELLI ET AL. C. A. 2d Cir. Certiorari denied.

No. 05–5360. ADAMS *v.* EVANS, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 05–5361. BANDA *v.* TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 05–5362. ANDERSON *v.* SACCHETT. C. A. 4th Cir. Certiorari denied.

No. 05–5363. BEAL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–5364. BUNN *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 05–5365. COLEMAN *v.* SHANNON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FRACKVILLE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–5366. JOHNSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–5367. STUARD *v.* SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 05–5368. MOORER *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 05–5369. KEMP *v.* JONES, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.